# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| BOBBY WALKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action |
| v. ) | No. 1:20-cv-05262-SEG-JEM |
| ) | |
| NORFOLK SOUTHERN RAILWAY ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## MOTION FOR SUMMARY JUDGMENT

COMES NOW Defendant, Norfolk Southern Railway Company, by and through undersigned counsel, and moves this Honorable Court, pursuant to Rule 56 of the Federal Rules of Civil Procedure, that summary judgment be entered in favor of Defendant. In support of said motion, Defendant submits its Brief in Support of Motion for Summary Judgment and Defendant's Statement of Undisputed Material Facts, filed contemporaneously herewith.

*** SIGNATURE ON FOLLOWING PAGE ***

1

Respectfully submitted this 9th day of March, 2023.

**CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**

*/s/ Darrick L. McDuffie*
Darrick L. McDuffie
Georgia Bar No. 490248
230 Peachtree Street, N.W., Suite 2400
Atlanta, Georgia 30303-1557
Telephone: (404) 230-6727
Facsimile: (404) 525-6955
*dmcduffie@constangy.com*

**Counsel for Defendant**

## **CERTIFICATION OF COMPLIANCE**

Pursuant to Local Rule 7.1, the undersigned counsel hereby certifies that this document has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1.

Respectfully submitted, this 9th day of March, 2023.

**CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**

*/s/ Darrick L. McDuffie*
Darrick L. McDuffie
Georgia Bar No. 490248
230 Peachtree Street, N.W., Suite 2400
Atlanta, Georgia 30303-1557
Telephone: (404) 230-6727
Facsimile: (404) 525-6955
*dmcduffie@constangy.com*

**Counsel for Defendant**

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| **BOBBY WALKER,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| | )   **Civil Action** |
| **v.** | )   **No. 1:20-cv-05262-SEG-JEM** |
| | ) |
| **NORFOLK SOUTHERN RAILWAY COMPANY,** | ) |
| | ) |
|     **Defendant.** | ) |
| | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 9, 2023, I served a copy of ***Motion for Summary Judgment*** on Plaintiff via electronic and U.S. Mail, properly addressed to Plaintiff as follows:

Bobby Walker / *hardwork4000@aol.com*
22 Phillips Street
Newnan, Georgia 30263

              **CONSTANGY, BROOKS, SMITH
              & PROPHETE, LLP**

              */s/ Darrick L. McDuffie*
              Darrick L. McDuffie
              Georgia Bar No. 490248
              230 Peachtree Street, N.W., Suite 2400
              Atlanta, Georgia 30303-1557
              Telephone: (404) 230-6727
              Facsimile: (404) 525-6955
              *dmcduffie@constangy.com*