# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| BOBBY WALKER,<br>　　　　Plaintiff,<br><br>vs.<br><br>NORFOLK SOUTHERN RAILWAY COMPANY,<br>　　　　Defendant. | CIVIL ACTION FILE<br><br>NO.  1:20-cv-05262-SEG |

## J U D G M E N T

This action having come before the court, Honorable Sarah E. Geraghty, United States District Judge, for consideration of the Magistrate Judge's report and recommendation and the court having adopted said recommendation and Granted Defendant's motion for summary judgment, it is

**Ordered and Adjudged** that the plaintiff take nothing; that the defendant recover its costs of this action, and the action be, and the same hereby is, **dismissed**.

Dated at Atlanta, Georgia, this 5th day of February, 2024.

　　　　　　　　　　　　　　　　　　　　KEVIN P. WEIMER
　　　　　　　　　　　　　　　　　　　　CLERK OF COURT


　　　　　　　　　　　　　　　　　　By:  s/ A. Edwards
　　　　　　　　　　　　　　　　　　　　Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
February 5, 2024
Kevin P. Weimer
Clerk of Court

By:　s/ A. Edwards
　　　Deputy Clerk